PETER GUNNE, APPELLANT, v. THE CITY OF NEWARK, RESPONDENT.

Submitted October 30, 1936—Decided January 22, 1937.

For the appellant, *Harrison & Roche.*

For the respondent, *Frank A. Boettner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Case in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 12.

*For reversal*—None.